John H. Pentecost, Esq., Bar No. 99527
jpentecost@hkplawfirm.com
Robert M. Dickson, Esq., Bar No. 135568
rdickson@hkplawfirm.com
HART KIENLE PENTECOST
A PROFESSIONAL CORPORATION
4 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone:    (714) 432-8700
Facsimile:    (714) 546-7457

Attorneys for Defendants
CARRERA AUTO DEALER LLC and ANDRUSS FAMILY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　Plaintiff<br><br>　　v.<br><br>CARRERA AUTO DEALER LLC;<br>ANDRUSS FAMILY, LLC; and DOES 1<br>to 10,<br><br>　　　Defendants. | Case No. 8:25-cv-01463-DFM<br><br>**ORDER REGARDING STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT CARRERA AUTO DEALER LLC** |

IT IS HEREBY ORDERED that the Default entered by Plaintiff, ANGEL GARCIA, against Defendant CARRERA AUTO DEALER LLC, on September 9, 2025 be and is hereby set aside.

Dated: _____October 9,___, 2025

_____
Judge Douglas F. McCormick
United States Magistrate Judge

HART KIENLE PENTECOST
A PROFESSIONAL CORPORATION
4 HUTTON CENTRE DRIVE, STE. 900
SANTA ANA, CALIFORNIA 92707