# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 25-1463-DFM | Date: | November 13, 2025 |
|---|---|---|---|
| Title | Angel Garcia v. Carrera Auto Dealer LLC et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On July 7, 2025, Plaintiff Angel Garcia filed a lawsuit against Defendants Carrera Auto Dealer LLC and Andruss Family, LLC. See Dkt. 1. On September 2, 2025, Plaintiff requested the Clerk enter Default against Carrera, see Dkt. 9, which the Clerk did on September 9, 2025, see Dkt. 10. On October 9, 2025, the Court set aside the Default per the parties' Joint Stipulation. See Dkt. 14.

As it stands, neither Carrera or Andruss Family have filed an Answer or otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Carrera and Andruss Family.